IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS, GARCIA, <br><br>  Plaintiff, <br><br> v. <br><br> MERRICK GARLAND, in his official Capacity as Attorney General of the United States, *et al.*, <br><br>  Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-284 (RDA/TCB) ) ) ) ) ) ) |

**ORDER**

This matter comes before the Court on the Notice of Voluntary Dismissal submitted by Plaintiff Christian Alberto Santos Garcia. Dkt. 16. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that in light of former Acting Attorney General Monty Wilkinson's replacement by Merrick Garland as the Attorney General of the United States on March 11, 2021, the Clerk of the Court substitute Merrick Garland as the proper Defendant in this case pursuant to Federal Rule of Civil Procedure 25(d).

It is SO ORDERED.

Alexandria, Virginia
April 7, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge